# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-24381-GLT** |
| **Karthikeya Allada** | ) | Chapter 13 |
| | ) | Doc. No. |
| **Debtor** | ) | |
| **Karthikeya Allada** | ) | Response Date: 5/5/2022 |
| | ) | Hearing Date: 5/18/2022 at 10:30 |
| **Movant** | ) | |
| vs | ) | |
| **Lakeview Loan Servicing LLC** | ) | |
| **c/o Nation Star Mortgage DBA Mr. Cooper,** | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
| **Respondents** | ) | |

## CERTIFICATION OF NO OBJECTION ON
## DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND
## CLEAROF ALL MORTGAGES, LIENS AND ENCUMBRANCES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **April 18, 2022** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **May 5, 2022**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: May 5, 2022**                                    /s/ **Bryan P. Keenan**
                                                                    Bryan P. Keenan, PA ID No. 89053
                                                                    Bryan P. Keenan & Associates P.C.
                                                                    Attorney for Debtor
                                                                    993 Greentree Road, Suite 101
                                                                    Pittsburgh, PA 15220
                                                                    (412) 922-5116
                                                                    keenan662@gmail.com