UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-24381-GLT** |
| **Karthikeya Allada** | ) | **Chapter 13** |
| | ) | **Doc. No.** |
| **Debtor** | ) | |
| **Karthikeya Allada** | ) | Response Date: 5/5/2022 |
| | ) | Hearing Date: 5/18/2022 at 10:30 |
| **Movant** | ) | |
| vs | ) | |
| **Lakeview Loan Servicing LLC** | ) | |
| **c/o Nation Star Mortgage DBA Mr. Cooper,** | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
| **Respondents** | ) | |

## AMENDED ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free for $200,000.00 and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion for private sale, viz:

| **DATE OF SERVICE** | **NAME OF LIENOR AND SECURITY MORTGAGE:** |
|---|---|
| April 18, 2022 | Lakeview Loan Servicing LLC<br>c/o Nation Star Mortgage DBA Mr. Cooper<br>Attn: Jay Bray, CEO<br>PO Box 619098<br>Dallas, TX 75261-9741 |
| | Lakeview Loan Servicing LLC<br>c/o Nation Star Mortgage DBA Mr. Cooper<br>c/o Jay Bray, CEO<br>8950 Cypress Waters<br>Building One<br>Coppell, TX 75019 |

| | |
|---|---|
| April 18, 2022 | **NO LIEN:** <br><br> Lower Burrel City Water & Sewer Authority <br> c/o Brian Eshbaugh, <br> 2800 Bethel Street, Lower Burrell 15068 |
| April 18, 2022 | **NO LIEN:** <br><br> Lower Burrel School District Tax Collector <br> c/o Brian Eshbaugh, <br> 2800 Bethel Street, Lower Burrell 15068 |
| April 18, 2022 | **NO LIEN:** <br><br> Lower Burrel City Tax Collector <br> c/o Brian Eshbaugh, <br> 2800 Bethel Street, Lower Burrell 15068 |
| April 18, 2022 | **NO LIEN:** <br><br> Westmoreland County <br> Westmoreland County Treasurer <br> George D. English Building <br> 111 Polk Street <br> P.O. Box 730 <br> Montross, VA 22520 <br><br> Westmoreland County <br> c/o Brian Eshbaugh, Tax Collector <br> 2800 Bethel Street, Lower Burrell 15068 |
| April 18, 2022 | **NO LIEN:** <br><br> Ronda J. Winnecour, Chapter 13 Trustee - By ECF Email Noticing (No Lien) |
| April 18, 2022 | **NO LIEN:** <br><br> United States Trustee's Office, by ECF Email Noticing |

April 18, 2022                                         **NO LIEN:**

PA Department of Revenue
Arnold A. Barnabei, Esquire, Office of Chief
Counsel, PA Dept Rev., Dept. 281061, Harrisburg,
PA 17128-1061, U.S. Mail

April 18, 2022                                         **NO LIEN:**

Internal Revenue Service
Jill L. Locnikar, Esq, Assistant United States
Attorney, US Post Office & Courthouse, 700 Grant
St. Suite 4000, Pittsburgh, PA 15219.

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of service duly filed and that the named parties were duly served with the Motion.

(3) That said sale hearing shall be duly advertised as follows:

a. Entered into the EASI System on April 14, 2022 pursuant to *W.PA LBR 6004-1(c)(2*.

b. Published on April 21, 2022 by the Pittsburgh Post Gazetee.

c. Published on April 21, 2022 by the Pittsburgh Legal Journal.

(4) That at the sale hearing the highest/best offer received was that of the above Purchaser and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of $200,000.00 offered by the buyers Roger A. Rodriguez and Catalina Rodriguez was a full and fair price for the property in question.

(6) That the Purchaser has acted in good faith with respect to the within sale in accordance with In re Abbotts Dairies of Pennsylvania, Inc., 788 F2d. 143 (3d Cir. 1986).

Now therefore, IT IS ORDERED, ADJUDGED AND DECREED that the sale by Special Warranty deed of the real property described as 658 Vance Drive New Kensington, PA 15068, block and lot, 17-05-02-42, is hereby **CONFIRMED** to Roger A. Rodriguez and Catalina Rodriguez for $200,000.00**,** free and divested of the above recited liens and claims, and, that the Movant is authorized to make, execute and deliver to the Purchaser above named the necessary deed and/or other documents

required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing:

(1) Mortgage held by Lakeview Loan Servicing LLC,   **$173,671.59**
    c/o Nation Star Mortgage DBA Mr. Cooper

(2) Real Estate Taxes and Municipal liens:   **$0.00**

\* The actual amounts shall be determined at closing, which shall require Payment in full of (a) all current real estate taxes and municipal claims, which shall be pro-rated between Buyer and Seller through the date of closing.

(2)  The Court approved realtor commission
     which represents($295.00 + 6%) of the gross sales price   **$12,295.00**

(3) Estimated closing expenses:   **$3,485.00**

   a) Municipal Lien Letters          $185.00
   b) State and Local Transfer Tax;   $2,000.00
   c) Settlement Fee                  $250.00
   d) New Deed and Notary Fees        $250.00
   e) Home Warranty                   $700.00
   f) Tax Certifications              $100.00

(4) Court approved attorney fees and costs payable to "Bryan P. Keenan &   **$750.00**
    Associates at *993 Greentree Road, Suite 200, Pittsburgh, PA. 15220*";

(5) The Reimbursement of Costs payable to "Bryan P. Keenan & Associates      **$1,947.95**
*993 Greentree Road, Suite 200, Pittsburgh, PA. 15220*" estimated at;

    a. Pittsburgh Post Gazette   $1,065.35
    b. Pittsburgh Legal Journal $694.60
    c. Court Filing Fee $188.00

(6) Estimated net proceeds payable to the Debtor/Movant,      **$7,832.46**
Karthikeya Allada exempted pursuant to 11 U.S.C. 522 (d)(1),

(7) In the event that the net proceeds exceed $23,675.00, which represents
the exemption claimed pursuant to 11 U.S.C. § 522(d)(1) at the outset of the case,
then these funds would be paid over to "*Ronda J. Winnecour, Ch. 13 Trustee*
PO Box 84051Chicago, IL 60689-4002."

FURTHER ORDERED that:

    (1)    Closing shall occur within thirty (30) days of this Order and, within five (5) days following closing, the Movant/Plaintiff shall file a report of sale which shall include a copy of the HUD-1 or other Settlement Statement;

    (2)    This Sale Confirmation Order survives any dismissal or conversion of the within case; and,

    (3)    Within five (5) days of the date of this Order, the Movant/Plaintiff shall serve a copy of the within Order on each Respondent/Defendant (i.e., each party against whom relief is sought)and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

                      BY THE COURT

                      _____
                      Honorable Gregory L. Taddonio
                      UNITED STATES BANKRUPTCY JUDGE