## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|    Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|    Debtor. | ) | |
| _____ | ) | |
| | ) | Document No.: |
|    PNC Bank, N.A., | ) | |
| | ) | Related to Document No.: 311 |
|    Movant, | ) | |
| | ) | |
|    v. | ) | |
| | ) | **Hearing Date and Time:** |
|    Ronald G. Linaburg, | ) | September 15, 2021, at 3:00 p.m. |
| | ) | |
|    Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Response to the Motion to Vacate April 7, 2021 Default Order, filed by Creditor, PNC Bank, N.A. on all interested parties listed below via electronic mail and/or certified return receipt U.S. mail on August 24, 2021.

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3721 | PNC Bank, N.A.<br>c/o KML Law Group, P.C.<br>701 Market Street<br>Suite 50000<br>Philadelphia, PA 19106<br>Attn: Maria Miksich, Esquire |
| Jodi Hause, Esquire<br>on Behalf of the United States Trustee<br>Office of the United States Trustee<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | |

| | |
|---|---|
| Dated: <u>August 24, 2021</u> | /s/ Jeffrey Castello<br>Jeffrey Castello, Paralegal<br>Thompson Law Group, P.C. |

125 Warrendale Bayne Road, Suite 200  
Warrendale, PA 15086  
(724) 799-8404 Telephone  
(724) 799-8409 Facsimile  
jcastello@thompsonattorney.com