## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Ronald G. Linaburg,                      Case No. 20-22898-CMB

           Debtor                            Chapter 11

_____

Reinhart FoodService, L.L.C.,                   Hearing: September 15, 2021 at 2:30 P.M.

           Movant

v.

Ronald G. Linaburg,

           Respondent.

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the following documents:

- Notice of Hearing on Reinhart FoodService, L.L.C.'s Motion to Allow Claim No. 16 to be Treated as Having Been Timely Filed; Reinhart FoodService, L.L.C.'s Motion to Allow Claim No. 16 to be Treated as Timely Filed; Declaration of Samuel C. Wisotzkey in Support of Reinhart FoodService, L.L.C.'s Motion to Allow Claim No. 16 to be Treated as Timely Filed; and [Proposed] Order Granting Reinhart FoodService, L.L.C.'s Motion to Allow Claim No. 16 to be Treated as Timely Filed.

have been served by first class mail, postage prepaid, on the 20th day of August 2021, as follows:

Donna M. Donaher
First National Bank
One North Shore Center
12th Federal Street
Pittsburgh, PA 15212

Ronald G Linaburg
924 Valleyview Road
Pittsburgh, PA 15243-1022

Jodi Hause, on Behalf of the United States
Trustee
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

Keri P. Ebeck
Bernstein-Burkley
707 Grant Street Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Barry P. Cox
Rivertech Tax Preparation, LLC
26 South 27th Street
P.O. Box 4274
Pittsburgh, PA 15203-0274

First National Bank of Pennsylvania
100 Federal Street
Pittsburgh, PA 15212-5708

William T. Kane
c/o Robert O Lampl Law Office
223 Fourth Avenue 4th Floor
Pittsburgh, PA 15222-1717

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339-1535

Dollar Bank
2700 Liberty Avenue
Pittsburgh, PA 15222-4700

FBM Credit
200 1st Ave
Carnegie, PA 15106-2502

First National Bank of PA
4140 E. State Street
Hermitage, PA 16148-3401

Hitachi Capital America
800 Connecticut Avenue
Norwalk, CT 06854-1738

IRR Supply Center
1205 W State Street
New Castle, PA 16101-2070

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Store Capital Acquisitions
8377 E Hartford Drive
Suite 100
Scottsdale, AZ 85255-5686

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA 15205-4321

William T. Kane
20013 Route 19
Cranberry Twp, PA 16066-6203

PRA Receivables Management, LLC
P.O. Box 4274
Norfolk, VA 23541

Raymond C. Vogliano
Eckert Seramans Cherin & Mellot, LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219

The foregoing documents were served by electronic notification through the court's ECF system, on the 20th day of August, as follows:

Donna M. Donaher on behalf of Creditor
First National Bank of Pennsylvania
donaherd@fnb-corp.com

Keri P. Ebeck on behalf of Creditor
Duquesne Light Company
kebeck@bernsteinlaw.com,jbluemle@bernsteinlaw.com

Ronald L. Hicks, Jr. on behalf of Creditor
Diana Marie Dongell, D.M.D.
rhicks@porterwright.com,
tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr. on behalf of Defendant
Diana M. Dongell, D.M.D
rhicks@porterwright.com,
tturoczy@porterwright.com;tlong@porterwright.com

Jeffrey R. Hunt on behalf of Creditor
Municipality of Mt. Lebanon
jhunt@grblaw.com, cnoroski@grblaw.com

William E. Kelleher, Jr. on behalf of
Mediator William E. Kelleher, Jr.
bill.kelleher@dentons.com,
michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

Robert O Lampl on behalf of Interested
Party William T. Kane
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Carolyn Batz McGee on behalf of Creditor

Diana Marie Dongell, D.M.D.
cbmcgee@porterwright.com

Carolyn Batz McGee on behalf of Defendant
Diana M. Dongell, D.M.D
cbmcgee@porterwright.com

Maria Miksich on behalf of Creditor PNC
BANK, NATIONAL ASSOCIATION
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor PNC
BANK, NATIONAL ASSOCIATION
bnicholas@kmllawgroup.com

John R. O'Keefe, Jr. on behalf of Creditor
Dollar Bank, Federal Savings Bank
jokeefe@metzlewis.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger P. Poorman on behalf of Creditor
Dollar Bank, Federal Savings Bank
rpoorman@metzlewis.com,mmattheis@metzlewis.com

Michael A. Shiner on behalf of Creditor
Diana Marie Dongell, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor
Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor
Renee R. Kalp
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor
Ronald E. Hand, D.M.D.

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant
Diana M. Dongell, D.M.D
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant
Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant
Renee R. Kalp, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant
Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor
Diana Marie Dongell, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuc
kerlaw.com

Maribeth Thomas on behalf of Creditor
Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuc
kerlaw.com

Maribeth Thomas on behalf of Creditor
Renee R. Kalp
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuc
kerlaw.com

Maribeth Thomas on behalf of Creditor
Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuc
kerlaw.com

Maribeth Thomas on behalf of Defendant

Diana M. Dongell, D.M.D
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuc
kerlaw.com

Maribeth Thomas on behalf of Defendant
Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuc
kerlaw.com

Maribeth Thomas on behalf of Defendant
Renee R. Kalp, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuc
kerlaw.com

Maribeth Thomas on behalf of Defendant
Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuc
kerlaw.com

Brian C. Thompson on behalf of Debtor
Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;bthompson
@ecf.courtdrive.com;jcastello@thompsonatt
orney.com;kfinke@thompsonattorney.com

Brian C. Thompson on behalf of Plaintiff
Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;bthompson
@ecf.courtdrive.com;jcastello@thompsonatt
orney.com;kfinke@thompsonattorney.com

S. James Wallace on behalf of Creditor
Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com,
Equitablebankruptcy@peoples-gas.com

Paul R. Yagelski on behalf of Creditor

Reinhart FoodServices, LLC
pryagelski@rothmangordon.com,
jdmyers@rothmangordon.com

Jodi Hause, on Behalf of the United States


Dated: August 24, 2021

Trustee by on behalf of U.S. Trustee Office
of the United States Trustee
jodi.hause@usdoj.gov,
David.A.Berry@usdoj.GOV;Steven.W.Albr
ight@usdoj.GOV


Attorneys for Movant

/s/ Paul R. Yagelski
Paul R. Yagelski, Esquire
ROTHMAN GORDON, P.C.
310 Grant Street
Grant Building-Third Floor
Pittsburgh, PA 15219
Phone: (412) 338-1124
pryagelski@rothmangordon.com
PA I.D. No. 29959
(Local Counsel for Reinhart FoodService,
L.L.C.)