# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 1:20-22898-CMB |
| | : | |
| RONALD G. LINABURG, | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| | : | |
| DIANA M. DONGELL, D.M.D; | | Related to ECF ## 31, 74, 75, 149, and 152 |
| RONALD E. HAND, D.M.D; | | |
| REBECCA L. WATKINS, D.M.D; and | | |
| RENEE R. KALP, D.M.D., | | **Hearing Date and Time:** |
| | | **October 14, 2021 at 2:30 p.m.** |
| Movants, | | |
| v. | | |
| RONALD G. LINABURG, | | |
| Respondent. | | |

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION TO STRIKE WITHOUT PREJUDICE DEBTOR'S AMENDMENTS FOR NON-COMPLIANCE WITH THE COURT'S RULES AND ORDERS

TO THE RESPONDENT:

*You are hereby notified that the Movants seeks an order affecting your rights or property*.

You are further instructed to file with the Clerk and serve upon the undersigned attorneys for Movants a response to the Motion **by no later than October 8, 2021** [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at: *http://www.pawb.uscourts.gov/procedures-1http://www.pawb.uscourts.gov/procedures-1*. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on **October 14, 2021 at 2:30 p.m.** before Judge Carlota M. Böhm via the **Zoom Video Conference Application ("Zoom")**. To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you

may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at*** https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-procvideohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

                                                        Respectfully submitted,

**Date of Service: September 20, 2021**      */s/ Ronald L. Hicks*
                                                        Ronald L. Hicks, Jr., Esquire
                                                        Pa. I.D. No. 49520
                                                        RHicks@porterwright.com
                                                        Carolyn B. McGee, Esquire
                                                        Pa. I.D. No. 208815
                                                        CBMcGee@porterwright.com

                                                        PORTER WRIGHT MORRIS & ARTHUR LLP
                                                        6 PPG Place, Third Floor
                                                        Pittsburgh, PA 15222
                                                        (412) 235-4500

                                                        *Counsel for Diana Marie Dongell, D.M.D.*

                                                        *and*

                                                        */s/ Michael A. Shiner*
                                                        Michael A. Shiner, Esquire
                                                        Pa. I.D. No. 78088
                                                        mshiner@tuckerlaw.com
                                                        Maribeth Thomas, Esquire
                                                        Pa. I.D. No. 208376
                                                        mthomas@tuckerlaw.com

                                                        TUCKER ARENSBERG, P.C.
                                                        1500 One PPG Place
                                                        Pittsburgh, PA 15222
                                                        (412) 566-1212

                                                        *Counsel for Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D. and Renee R. Kalp, D.M.D.*