# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | : | Bankruptcy Case No.: 20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| Ronald G. Linaburg, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 377 |
| v. | : | |
| | : | |
| Diana Marie Dongell, D.M.D., | : | |
| | : | |
| Respondent. | : | |

## MOTION FOR WITHDRAWAL OF DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 14 FILED BY DEBTOR RONALD G. LINABURG

AND NOW comes the Movant, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and files the within Debtor's Objection to Proof of Claim No. 14 filed by Debtor Ronald G. Linaburg, as follows:

1. On October 8, 2021, Movant filed Debtor's Objection to Proof of Claim No. 14.

2. The Debtor's Objection to Proof of Claim No. 14 was filed in error.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an Order withdrawing the Debtor's Objection to Proof of Claim No. 14.

Respectfully Submitted,

Dated: October 8, 2021

/s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com