**PROCEEDING MEMO**

**Date: 10/14/2021 02:30 pm**

**In re:   Ronald G Linaburg**

Bankruptcy No. 20-22898-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 317

**Appearances:** Maribeth Thomas; Michael Shiner; Brian Thompson; Ronald Hicks; Carolyn McGee

**Nature of Proceeding:** Status Conference Hearing Re: #317 Debtor's Objection To Proof of Claim No. 12

**Additional Pleadings:** #328 TEXT ORDER Signed 08/26/2021 - Status Conference to be held 10/14/2021 at 2:30 p.m. via Zoom at which time the parties shall advise the Court regarding the status of discovery and when the parties may be ready for further mediation.
#340 Response by Ronald E. Hand, D.M.D.
#376 Debtor's Objection to POC #12

**Judge's Notes:**
- Thompson: ADS retained a third party to value business. May have preliminary information by the end of the month.
- Hicks: Still need docs and 2004 exam.
- Debtor is to supply items requested that Debtor can provide so that 2004 can go forward. With respect to corporate items, there may be a dispute as to those that will have to be addressed. Items from Debtor are to be delivered Monday, 10/18/21. If Attorney Hicks does not get what he wants by Monday, then draft a letter on Tuesday to Attorney Thompson and advise the Court of the status regarding compliance.
OUTCOME:
- Due to the filing of amended claim and the recent filing of an objection to that claim, the Objection to Claim at Doc. No. 317 is moot, and a Text Order will be entered.
HOUSEKEEPING MATTER:
- With respect to the newly filed Objections to Claims (Doc. Nos. 374, 375, 376, 382), the Court will issue a scheduling order setting a response deadline and scheduling these for a status conference in late November or early December as discovery is ongoing. Parties likely to be sent back to mediation.

FILED
10/15/21 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**