# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | Document No.: 420 |
| Diana M. Dongell, D.M.D.; | ) | |
| Ronald E. Hand, D.M.D.; | ) | Related to Document No.: 416 |
| Rebecca L. Watkins, D.M.D.; and | ) | |
| Renee R. Kalp, D.M.D., | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | |
|     Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Kristen Finke, Paralegal, hereby certify that a copy of the Debtor's Response to Status Report Pursuant to EFC #398, 399, 400 & 401, were served by NEF as generated by the Court's electronic CM/ECF notification system:

Ronald L. Hicks, Jr. on behalf of Creditor Diana Marie Dongell, D.M.D.

rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Carolyn Batz McGee on behalf of Creditor Diana Marie Dongell, D.M.D.

cbmcgee@porterwright.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.

mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Renee R. Kalp

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the

United States Trustee

jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

| | |
|---|---|
| Date:  October 21, 2021 | By:  /s/ *Kristen Finke* |
| | Kristen Finke, Paralegal |
| | Thompson Law Group, P.C. |
| | 125 Warrendale Bayne Rd., Suite 200 |
| | Warrendale, PA 15086 |
| | (724) 799-8404 Telephone |
| | (724) 799-8409 Facsimile |
| | kfinke@thompsonattorney.com |