IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No.: 20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |

**DEBTOR'S STATUS REPORT IN ACCORDANCE WITH**
**ORDER AT DOCKET 444**

AND NOW comes the Debtor, by and through his Counsel, Brian C. Thompson, Esquire, and Thompson Law Group, P.C., and hereby provides the following Status Report in Accordance with the Order at Docket 444 and avers as follows:

1. On December 3, 2021, Debtor's Counsel and Counsel for Diana Marie Dongell, D.M.D., Attorneys Hicks and McGee, conducted a telephonic meet and confer. Counsel for Associated Dental Specialists ("ADS"), Attorneys Kaplan and Meyers, also attended the meet and confer.

2. Counsel for Ronald E. Hand, D.M.D., Renee R. Kalp, D.M.D., and Rebecca L. Watkins, D.M.D. did not attend the meet and confer as the result of an agreement in principle reached between the non-filing entity ADS and those parties that would also resolve the outstanding disputes between the parties in this Case and render them moot. Debtor's Counsel anticipates filing a motion to approve releases related to that agreement in this Case in the very near future.

3. During the December 3, 2021 meet and confer the parties continued to discuss discovery requests and objections thereto. The parties also conducted continued settlement discussions and a pause to state court litigation related to ADS. Without waiver of objections, ADS Counsel has provided additional documentation to Dongell's Counsel. Additionally,

without waiver objections, Debtor also provided additional documentation informally to Dongell's Counsel on December 2, 2021, and plans to provide additional documentation within the next few days.

4. Regarding Debtor's health, Debtor indicates that he has an appointment scheduled for December 14, 2021 with the UPMC Department of Neorology-Ophthalmology at UPMC Eye Center with Dr. Kocasarac. He also has an appointment with Dr. Cibik on December 29, 2021. These appointments relate to Debtor's post-operation for cataract removal surgery, as well as cranial nerve palsy associated with significant pain, eyelid closure, headaches and poor vision and ability concentrate.

5. The Parties do not currently have a meet and confer scheduled for this week, but anticipate having one schedule on or before December 10, 2021, as required by the Court.

Respectfully submitted,

Date: December 6, 2021     By:     /s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
Pa. I.D. 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com