## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In Re:                                                                            CASE NO. 20-22898-CMB

                                                                                   CHAPTER 11

RONALD G. LINABURG,

      Debtor.

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL NOTICES

Please take notice that Charles Fiergola of Kohner, Mann & Kailas, S.C., a duly qualified attorney admitted *pro hac vice* to practice before this Court, appears on behalf of Reinhart FoodService, L.L.C., a creditor and party in interest in these proceedings, and submits this notice of appearance, pursuant to Bankruptcy Rule 9010(b), and requests to be provided with all notices, pleadings, motions, and all other documents filed in this case.

Pursuant to Bankruptcy Rules 2002 and 3017, Reinhard FoodService, L.L.C. requests that all documents filed in this case be served on its attorneys at the following address:

> Charles Fiergola
> Kohner, Mann & Kailas, S.C.
> 4650 North Port Washington Road, 2nd Floor North
> Milwaukee, Wisconsin 53212
> (414) 962-5110 (phone)
> (414) 962-8725 (facsimile)
> cfiergola@kmksc.com (email)

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or rely papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated: December 21, 2021

                              KOHNER, MANN & KAILAS, S.C.
                              Attorneys for Reinhart FoodService, L.L.C.

                    By: /s/ Charles Fiergola
                          Charles Fiergola

Post Office Address:
4650 North Port Washington Road
Milwaukee, Wisconsin 53212
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: cfiergola@kmksc.com

2