## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| Barry P. Cox, CPA, | ) | |
| | ) | Document No. |
| Applicant, | ) | |
| | ) | Related to Document No. 470, 471 |
| vs. | ) | |
| | ) | |
| No Respondent, | ) | Hearing Date & Time: |
| | ) | **January 11, 2022, at 11:00 a.m.** |
| | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING THE FEE APPLICATION OF RIVERTEXH TAX PREPARATION, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT TO DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on December 13, 2021, at Document No. 470 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 471, Objections were to be filed and served no later than December 30, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 470 be entered by the Court.

Date: <u>January 3, 2022</u>

/s/ Brian C. Thompson  
Brian C. Thompson, Esquire  
Attorney for Debtor  
PA ID No. 91197  
THOMPSON LAW GROUP, P.C.  
125 Warrendale Bayne Road, Suite 200  
Warrendale, PA 15086  
(724) 799-8404 Telephone  
(724) 799-8409 Facsimile  
bthompson@thompsonattorney.com