**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| James S. Fellin, CPA, CFE, CFF, The, | ) | |
| Nottingham Group, | ) | |
| | ) | Document No. 522 |
| Applicant, | ) | |
| | ) | Related to Document No. 504, 505 |
| vs. | ) | |
| | ) | |
| No Respondent, | ) | |
| | ) | |
| Respondent, | ) | Hearing Date & Time: |
| | ) | **March 8, 2022 at 11:00 a.m.** |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING THE FEE APPLICATION OF**
**JAMES FELLIN, ACCOUNTANT FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS ACCOUNTANT TO DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on January 28, 2022, at Document No. 504 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 505, Objections were to be filed and served no later than February 14, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 504 be entered by the Court.

Date: <u>February 15, 2022</u>                    <u>/s/ Brian C. Thompson</u>
                                                                    Brian C. Thompson, Esquire
                                                                    Attorney for Debtor
                                                                    PA ID No. 91197
                                                                    THOMPSON LAW GROUP, P.C.
                                                                    125 Warrendale Bayne Road, Suite 200
                                                                    Warrendale, PA 15086
                                                                    (724) 799-8404 Telephone

(724) 799-8409 Facsimile
bthompson@thompsonattorney.com