# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | |
| <u>         Debtor,         </u> | ) | Chapter 11 |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | Document No. |
| Movants, | ) | |
| | ) | Related Document No. 510, 511 |
| v. | ) | |
| | ) | **Hearing Date and Time:** |
| No respondents. | ) | March 8, 2022 at 11:00 a.m. |
| | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO APPROVE MUTUAL RELEASE AGREEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 8, 2022 at Document No. 510 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 511 Objections were to be filed and served no later than February 25, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion/Application recorded at Document No. 511 be entered by the Court.

Date: <u>February 28, 2022</u>  /s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com