# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 20-22898-CMB |
| ) | |
| Ronald G. Linaburg, ) | |
| ) | |
| Debtor, ) | Chapter 11 |
| ) | |
| Ronald G. Linaburg, ) | |
| ) | Document No. |
| Movants, ) | |
| ) | Related Document No. 562, 563 |
| v. ) | |
| ) | **Hearing Date and Time:** |
| No respondents. ) | May 5, 2022 at 10:00 a.m. |
| ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO STRIKE SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF PNCs MOTION TO VACATE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 1, 2022 at Document No. 562 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 563 Objections were to be filed and served no later than April 18, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion/Application recorded at Document No. 562 be entered by the Court.

Date: <u>April 25, 2022</u>              /s/ Brian C. Thompson
                                        Brian C. Thompson, Esquire
                                        Attorney for Debtor(s)
                                        PA ID No. 91197
                                        THOMPSON LAW GROUP, P.C.
                                        125 Warrendale Bayne Road, Suite 200
                                        Warrendale, PA 15086
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        bthompson@thompsonattorney.com